AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __TEXAS__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Laquaylan Patterson<br>925 Francis Street<br>Lancaster, Texas 75146<br><br>(Name and Address of Defendant) | **CRIMINAL COMPLAINT**<br><br>Case Number: 6:15mj52 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __3/13/2015__ (Date) in __Upshur__ County, in the __Eastern__ District of __Texas__ defendant(s) did,

*(Track Statutory Language of Offense)*

on or about 03/13/2015 in Upshur County, Texas, in the Eastern District of Texas, Chanel Collins, by force, violence and intimidation did take from the person, or presence of another, money, namely U.S. Currency, belonging to and in the care, custody, control, management, and possession of the First National Bank of Gilmer, Big Sandy Branch, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and did then and there use carry and possess a firearm during, in relation to, and in furtherance of a crime of violence,

in violation of Title __18__ United States Code, Section(s) __2113(a)&(d) and 924(c)__.

I further state that I am a(n) __F.B.I. Special Agent__ and that this complaint is based on the following facts:
Official Title

SEE ATTACHED COMPLAINT AFFIDAVIT

Continued on the attached sheet and made a part of this complaint: ☑ Yes ☐ No

_Signature of Complainant_

Russell J. Di Lisi
Printed Name of Complainant

Sworn to before me and signed in my presence,

__5/13/2015__ at __Tyler__, __Texas__
Date                            City           State

K. Nicole Mitchell        U.S. Magistrate
Name of Judge            Title of Judge              Signature of Judge