IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No. 6:15-CR-40 |
| | § | |
| CHANEL COLLINS (02) | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the Defendant, **Chanel Collins**, the defendant's attorney, Mr. Robert Kelly Pace, and the Government, have entered into a written plea agreement in relation to the charges now pending before this Court.

        Respectfully submitted,

        JOHN M. BALES
        UNITED STATES ATTORNEY

        _____
        JIM NOBLE
        Assistant United States Attorney
        110 North College, Suite 700
        Tyler, Texas 75702
        (903) 590-1442
        Texas Bar No. 15050100
        James.Noble@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Notice of Plea Agreement has been served on counsel of record for defendant via ECF on this the 30th day of March, 2016.

              _____
               JIM NOBLE