IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § | No. 6:15-CR-40-CDH-JDL-1 |
| | § § § § | |
| LAQUAYLAN PATTERSON (1) | § | |

### DEFENDANT'S NOTICE OF APPEAL

COMES NOW, LAQUAYLAN PATTERSON, Defendant, pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, and gives timely notice that he wishes to appeal the judgment of conviction and sentence entered in this cause on February 21, 2017.

Respectfully submitted,

/s/Michael Levine
MICHAEL LEVINE
Texas State Bar No. 24009767
Nawaz & Levine L.L.P.
325 N. St. Paul Street
Suite 2100
Dallas, Texas 75201
Telephone: 214.741.6500
Facsimile: 214.741.6509
E-mail: mp.levine@yahoo.com

### CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2017, the following document was filed electronically, using the ECF system for the Eastern District of Texas, Tyler Division, and that a copy of this document will be provided electronically to counsel for the Government, Mr. James Mack Noble,

_____

IV, who has consented to service in this manner.

                                                       /s/Michael Levine  
                                                       MICHAEL LEVINE